**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Maritza Raquel Dawson Williams | CHAPTER 13 |
| | BKY. NO. 18-17458 REF |
| Debtor | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

     Respectfully submitted,
**/s/ Kevin G. McDonald, Esq.**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322