```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                              Case No. 18-17458-ref
Maritza Raquel Dawson Williams                                      Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-4          User: Lisa              Page 1 of 2              Date Rcvd: Dec 12, 2018
                              Form ID: 309I           Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2018.
db             +Maritza Raquel Dawson Williams,   27 Highland Court,   Mount Bethel, PA 18343-5868
tr             +WILLIAM MILLERR,   Interim Chapter 13 Trustee,   2901 St. Lawrence Avenue, Suite 100,
                 Reading, PA 19606-2265
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14227854       +BYL Collections,   301 Lacey St,   Floor 2,   West Chester, PA 19382-3727
14227855       +C-Tech Collections,   Attn: Bankruptcy,   5505 Nesconset Hwy, Suite 200,
                 Mount Sinai, NY 11766-2026
14227856       +Creditech,   P.O. Box 99,   Bangor, PA 18013-0099
14227857       +Nissan Motor,   Att: Bankruptcy,   P.O. Box 660360,   Dallas, TX 75266-0360
14227859       +Nissan Motor Acceptance,   P.O. Box 742658,   Cincinnati, OH 45274-2658
14227858       +Nissan Motor Acceptance,   P.O. Box 660366,   Dallas, TX 75266-0366
14227860       +Northampton County Prothonotary,   669 Washington Street,   Easton, PA 18042-7401
14233452       +PNC Bank National Association,   KML LAW GROUP, P.C.,   701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14227863       +PNC Mortgage,   Attn: Bankruptcy,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
14227862       +PNC Mortgage,   P.O. Box 1820,   Dayton, OH 45401-1820
14227864       +PNC Mortgage,   P.O. Box 6534,   Carol Stream, IL 60197-6534
14227861       +Phoenix Financial Services, LLC,   P.O. Box 361450,   Indianapolis, IN 46236-1450
14227865       +Remex Inc,   307 Wall St,   Princeton, NJ 08540-1515
14227868       +Santander Bank,   PO Box 12907,   Philadelphia, PA 19176-0907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: erik_helbing_esq@yahoo.com Dec 13 2018 03:00:48     ERIK MARK HELBING,
                 Law Offices of Erik M. Helbing,   1328 Second Avenue,   Berwick, PA  18603
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 13 2018 03:01:37     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 13 2018 03:01:23     United States Trustee,
                 Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
14227853       +EDI: GMACFS.COM Dec 13 2018 07:54:00     Ally Financial,   Attn: Bankruptcy,   P.O. Box 380901,
                 Minneapolis, MN 55438-0901
14233984        EDI: GMACFS.COM Dec 13 2018 07:54:00     Ally Financial,   PO Box 130424,
                 Roseville MN 55113-0004
14235747        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2018 03:01:17
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14235765        EDI: RESURGENT.COM Dec 13 2018 07:56:00     Pinnacle Credit Services, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14227866        E-mail/Text: cop@santander.us Dec 13 2018 03:01:04     Santander,   PO Box 12649,
                 Reading, PA 19612-2649
14227867       +EDI: DRIV.COM Dec 13 2018 07:53:00     Santander,   P.O. Box 961245,
                 Fort Worth, TX 76161-0244
14231372       +EDI: AIS.COM Dec 13 2018 07:53:00     T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +WILLIAM MILLER*R,   Interim Chapter 13 Trustee,   2901 St. Lawrence Avenue, Suite 100,
                 Reading, PA 19606-2265
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                  TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4         User: Lisa                  Page 2 of 2              Date Rcvd: Dec 12, 2018
                             Form ID: 309I               Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2018 at the address(es) listed below:
              ERIK MARK HELBING    on behalf of Debtor Maritza Raquel Dawson Williams erik_helbing_esq@yahoo.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfmail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 5
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Maritza Raquel Dawson Williams** | | Social Security number or ITIN | **xxx–xx–4920** |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | Date case filed for chapter 13 | **11/8/18** |
| Case number: | **18–17458–ref** | | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                                                                                                           12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Maritza Raquel Dawson Williams | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 27 Highland Court<br>Mount Bethel, PA 18343 | |
| 4. | **Debtor's attorney**<br>Name and address | ERIK MARK HELBING<br>Law Offices of Erik M. Helbing<br>1328 Second Avenue<br>Berwick, PA 18603 | Contact phone 570–498–5544<br><br>Email: erik_helbing_esq@yahoo.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM MILLER*R<br>Interim Chapter 13 Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA 19606 | Contact phone 610–779–1313<br><br>Email: ecfmail@FredReigleCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 12/12/18 |

**For more information, see page 2**

Official Form 309I                                                                       **Notice of Chapter 13 Bankruptcy Case**                                                                                        page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 15, 2019 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bar Association of Lehigh County, Meeting Rooms – Lower Level, 1114 West Walnut Street, Allentown, PA 18102** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/16/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/17/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/7/19** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $1,864.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**2/28/19** at **09:00 AM** , Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |