IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE:<br>MARITZA RAQUEL DAWSON WILLIAMS<br>**Debtor(s)** | CHAPTER 13 |
| NISSAN MOTOR ACCEPTANCE CORPORATION<br>**Moving Party** | CASE NO. 18-17458-REF<br><br>11 U.S.C. 362 |
| v. | 11 U.S.C. 1301 |
| MARITZA RAQUEL DAWSON WILLIAMS<br>JAIME G. WILLIAMS<br>**Respondent(s)** | HEARING DATE: **5-2-19 at 9:30 AM** |
| SCOTT WATERMAN<br>**Trustee** | |

## ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of Nissan Motor Acceptance Corporation, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code 1301 are vacated pursuant to Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2015 Nissan Rogue** bearing vehicle identification number 5N1AT2MV7FC914388 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated:

**Date: May 3, 2019**

_____
UNITED STATES BANKRUPTCY JUDGE