United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-17458-ref
Maritza Raquel Dawson Williams                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR            Page 1 of 1            Date Rcvd: May 03, 2019
                            Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2019.
db            +Maritza Raquel Dawson Williams,    27 Highland Court,    Mount Bethel, PA 18343-5868
cr           ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court:   Nissan Motor Acceptance Corporation,    Bankruptcy Dept.,
                 8900 Freeport Parkway,    Irving, TX  75063-2438)
cr            +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2019 at the address(es) listed below:
              ERIK MARK HELBING    on behalf of Debtor Maritza Raquel Dawson Williams
               ehelbing@helbingconsumerlaw.com,   qianaramirez@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com,   ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ) | |
| MARITZA RAQUEL DAWSON WILLIAMS ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | |
| NISSAN MOTOR ACCEPTANCE ) | CASE NO. 18-17458-REF |
| CORPORATION ) | |
| **Moving Party** ) | 11 U.S.C. 362 |
| ) | |
| v. ) | 11 U.S.C. 1301 |
| ) | |
| MARITZA RAQUEL DAWSON WILLIAMS ) | |
| JAIME G. WILLIAMS ) | HEARING DATE: **5-2-19 at 9:30 AM** |
| **Respondent(s)** ) | |
| ) | |
| SCOTT WATERMAN ) | |
| **Trustee** ) | |

## ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of Nissan Motor Acceptance Corporation, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code 1301 are vacated pursuant to Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2015 Nissan Rogue** bearing vehicle identification number 5N1AT2MV7FC914388 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated:

**Date: May 3, 2019**

_____
UNITED STATES BANKRUPTCY JUDGE