United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 18-17458-ref
Maritza Raquel Dawson Williams                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 2              Date Rcvd: May 09, 2019
                              Form ID: pdf900          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
```
db          +Maritza Raquel Dawson Williams,    27 Highland Court,    Mount Bethel, PA 18343-5868
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr         ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
             (address filed with court: Nissan Motor Acceptance Corporation,    Bankruptcy Dept.,
              8900 Freeport Parkway,    Irving, TX  75063-2438)
cr          +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
14227854    +BYL Collections,    301 Lacey St,    Floor 2,    West Chester, PA 19382-3727
14227855    +C-Tech Collections,    Attn: Bankruptcy,    5505 Nesconset Hwy, Suite 200,
              Mount Sinai, NY 11766-2026
14227856    +Creditech,    P.O. Box 99,    Bangor, PA 18013-0099
14227857    +Nissan Motor,    Att: Bankruptcy,    P.O. Box 660360,    Dallas, TX 75266-0360
14227859    +Nissan Motor Acceptance,    P.O. Box 742658,    Cincinnati, OH 45274-2658
14227858    +Nissan Motor Acceptance,    P.O. Box 660366,    Dallas, TX 75266-0366
14301448    +Nissan Motor Acceptance Corporation,    c/o Morton & Craig,    110 Marter Avenue, Suite 301,
              Moorestown, NJ 08057-3124
14227860    +Northampton County Prothonotary,    669 Washington Street,    Easton, PA 18042-7401
14233452    +PNC Bank National Association,    KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
              Philadelphia, PA 19106-1541
14256325    +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14227863    +PNC Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
14227862    +PNC Mortgage,    P.O. Box 1820,    Dayton, OH 45401-1820
14227864    +PNC Mortgage,    P.O. Box 6534,    Carol Stream, IL 60197-6534
14227861    +Phoenix Financial Services, LLC,    P.O. Box 361450,    Indianapolis, IN 46236-1450
14227865    +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
14253789    +Safe Anesthesia, PLLC,    C. Tech Collections, Inc.,    5505 Nesconset Hwy - Ste 200,
              Mt. Sinai, NY 11766-2026
14227867    +Santander,    P.O. Box 961245,    Fort Worth, TX 76161-0244
14227868    +Santander Bank,    PO Box 12907,    Philadelphia, PA 19176-0907
14261296    +Santander Consumer USA Inc.,    c/o Morton & Craig,    110 Marter Avenue,    Suite 301,
              Moorestown, NJ 08057-3124
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 10 2019 02:40:35     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14227853     +E-mail/Text: ally@ebn.phinsolutions.com May 10 2019 02:39:51      Ally Financial,
               Attn: Bankruptcy,    P.O. Box 380901,    Minneapolis, MN 55438-0901
14233984      E-mail/Text: ally@ebn.phinsolutions.com May 10 2019 02:39:51      Ally Financial,
               PO Box 130424,    Roseville MN 55113-0004
14255594     +E-mail/Text: bankruptcydpt@mcmcg.com May 10 2019 02:40:23      MIDLAND FUNDING LLC,
               PO Box 2011,    Warren, MI 48090-2011
14235747      E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 10 2019 02:40:18
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
14235765      E-mail/PDF: resurgentbknotifications@resurgent.com May 10 2019 02:43:31
               Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
14227866      E-mail/Text: DeftBkr@santander.us May 10 2019 02:40:03      Santander,    PO Box 12649,
               Reading, PA 19612-2649
14231372     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 10 2019 02:44:19      T Mobile/T-Mobile USA Inc,
               by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: SaraR                Page 2 of 2                   Date Rcvd: May 09, 2019
                              Form ID: pdf900            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
              ERIK MARK HELBING    on behalf of Debtor Maritza Raquel Dawson Williams
               ehelbing@helbingconsumerlaw.com,    qianaramirez@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com,    ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

MARITZA  RAQUEL  DAWSON-WILLIAMS

                                                         : Bankruptcy No. 18-17458REF
    Debtor(s)                              : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

**Date: May 9, 2019**

BY THE COURT

Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

ERIK M HELBING ESQ
1328 2ND AVENUE
BERWICK PA 18603-1616

MARITZA  RAQUEL  DAWSON-WILLIAMS
27 HIGHLAND COURT
MOUNT BETHEL, PA 18343